1    HEATHER E. WILLIAMS, Bar #122664
     Federal Defender
2    DAVID M. PORTER, Bar #127024
     Assistant Federal Defender
3    Counsel Designated for Service
     801 I Street, 3rd Floor
4    Sacramento, California 95814
     Telephone: (916) 498-5700
5

6    Attorneys for Defendant
     CHARLES DAVID HARMON
7

8                       UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              No.  Cr. S 09-154 GEB

12               Plaintiff,                 **STIPULATED MOTION AND [lodged] ORDER
                                            TO REDUCE SENTENCE PURSUANT TO 18
13        v.                                U.S.C. § 3582(c)(2)**

14   CHARLES DAVID HARMON,                  RETROACTIVE DRUGS-MINUS-TWO
                                            REDUCTION CASE
15               Defendant.
                                            Judge:  Honorable GARLAND E. BURRELL, Jr.
16

17        Defendant, CHARLES DAVID HARMON by and through his attorney, Assistant

18   Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and

19   through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

20        1.        Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of

21   imprisonment in the case of a defendant who has been sentenced to a term of imprisonment

22   based on a sentencing range that has subsequently been lowered by the Sentencing Commission

23   pursuant to 28 U.S.C. § 994(o);

24        2.        On July 31, 2009, this Court sentenced Mr. Harmon to a term of 110 months

25   imprisonment;

26        3.        His total offense level was 27, his criminal history category was V, and the

27   resulting guideline range was 120 to 150 months;

28

Stipulation and Order Re: Sentence Reduction              1

1      4.      The sentencing range applicable to Mr. Harmon was subsequently lowered by the

2   United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014,

3   see 79 Fed. Reg. 44,973;

4      5.      Mr. Harmon's total offense level has been reduced from 27 to 21, and his

5   amended guideline range is 70 to 87 months; and,

6      6.      Accordingly, the parties request the Court enter the order lodged herewith

7   reducing Mr. Harmon's term of imprisonment to a total term of 70 months.

8   Respectfully submitted,

9   Dated:  December 22, 2014                    Dated:   December 22, 2014

10  BENJAMIN B. WAGNER                     HEATHER E. WILLIAMS
    United States Attorney                         Federal Defender
11

12   /s/ *Jason Hitt*                                   /s/ *David M. Porter*
    JASON HITT                                     DAVID M. PORTER
13  Assistant U.S. Attorney                        Assistant Federal Defender

14  Attorney for Plaintiff                          Attorney for Defendant
    UNITED STATES OF AMERICA              CHARLES DAVID HARMON
15

16                                    **ORDER**

17        This matter came before the Court on the stipulated motion of the defendant for reduction

18  of sentence pursuant to 18 U.S.C. § 3582(c)(2).

19        The parties agree, and the Court finds, that Mr. Harmon is entitled to the benefit

20  Amendment 782, which reduces the total offense level from 27 to 21, resulting in an amended

21  guideline range of 70 to 87 months.

22        IT IS HEREBY ORDERED that the term of imprisonment imposed in July 2009 is

23  reduced to a term of 70 months.

24        IT IS FURTHER ORDERED that all other terms and provisions of the original judgment

25  remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above

26  reduction in sentence, and shall serve certified copies of the amended judgment on the United

27  States Bureau of Prisons and the United States Probation Office.

28

Stipulation and Order Re: Sentence Reduction                    2

1          Unless otherwise ordered, Mr. Harmon shall report to the United States probation office

2     within seventy-two hours after his release.

3     Dated:  December 23, 2014

4

5

6     _____

GARLAND E. BURRELL, JR.

7     Senior United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order Re: Sentence Reduction                    3