AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:09-cr-00154-GEB   Document 50   Filed 01/12/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
### for the

_____Eastern_____ District of _____California_____

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No: 2:09CR00154-02 GEB |
| CHARLES DAVID HARMON | ) | |
| | ) | USM No: 18458-097 |
| Date of Original Judgment: 07/31/2009 | ) | |
| Date of Previous Amended Judgment: | ) | David Porter, Asst. Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
    ☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____110_____ months **is reduced to** _____70 months_____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __08/06/2009__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: __12/23/2014__

_____
*Judge's signature*

Effective Date: __11/1/2015__
*(if different from order date)*

Garland E. Burrell, Jr., U.S. District Court Judge
*Printed name and title*